UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Lanard Issac,

    Plaintiff,

v.                                                                              Case No.: 14-13712

Pat Engineering Enterprises Co., WLL,                   Honorable Sean F. Cox

    Defendant.

_____/

**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

    Plaintiff filed this breach-of-contract action on October 2, 2014, alleging subject matter jurisdiction through diversity of citizenship pursuant to 28 U.S.C. § 1332.

    "[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction." *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998). Under 28 U.S.C. §1332(a), the two requirements for diversity jurisdiction are: 1) that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and 2) that complete diversity of citizenship exists between the disputing parties.

    In his Complaint, Plaintiff did not allege the amount in controversy. On October 9, 2014, this Court issued an Order for Plaintiff to Show Cause, in writing, on or before October 17, 2014, why this case should not be dismissed for lack of subject matter jurisdiction. (Doc. #3). To date, Plaintiff has not filed a response to the Court's Order to Show Cause.

    Therefore, based on Plaintiff's failure to convince the Court of its subject matter jurisdiction

over this case, the Court shall DISMISS Plaintiff's Complaint for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: October 24, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 24, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager